IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 05-CIV-21962-COOKE/BROWN
Case No.: 05-CIV-21984-COOKE/BROWN
Case No.: 05-CIV-22215-COOKE/BROWN
Case No.: 05-CIV-22068-COOKE/BROWN
Case No.: 05-CIV-22096-COOKE/BROWN

BROOKSHIRE BROTHERS, LTD.,

    *Plaintiff,*

vs.

CHIQUITA BRANDS INTERNATIONAL, INC.,
*et al.,*

    *Defendants.*
_____/

BRIGIOTTA'S FARMLAND PRODUCE &
GARDEN CENTER, INC.,

    *Plaintiff,*

vs.

CHIQUITA BRANDS INTERNATIONAL, INC.,
*et al.,*

    *Defendants.*
_____/

FILED by ___ D.C.
MGC
SEP 13 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI



VIP SALES CO., INC.,

      *Plaintiff,*

vs.

CHIQUITA BRANDS INTERNATIONAL, INC.,
*et al.,*

      *Defendants.*
_____/

SYRACUSE BANANA CO., INC.,

      *Plaintiff,*

vs.

CHIQUITA BRANDS INTERNATIONAL, INC.,
*et al.,*

      *Defendants.*
_____/

HARVIN FOODS, INC.,

      *Plaintiff,*

vs.

CHIQUITA BRANDS INTERNATIONAL, INC.,
*et al.,*

      *Defendants.*
_____/

## ORDER OF CONSOLIDATION

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record.  The Court having reviewed the record and being otherwise advised of the premises, it is hereby,

**ORDERED AND ADJUDGED** that in order to avoid unnecessary costs or delay, pursuant to Fed. R. Civ. P. 42(a), the above-captioned matters shall be consolidated under the lead civil case number, 05-CIV-21962. As such, each pleading and paper filed in any of the above-captioned cases after the entry of this Order, shall now bear the following case number - **05-CIV-21962-COOKE/BROWN**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 13 day of September, 2005.

_____
THE HONORABLE MARCIA G. COOKE
UNITED STATES DISTRICT COURT JUDGE

cc:   *All Counsel of Record*